

ORDERED in the Southern District of Florida on June 12, 2014.

/s/ A. Jay Cristol

A. Jay Cristol, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

**TILES AND STONES, INC.,**    Case No.: 08-21644-BKC-AJC
(Jointly Administered)
Debtor.    Chapter 7
_____/

### ORDER GRANTING TRUSTEE'S *EX-PARTE* MOTION FOR ORDER SETTING DEADLINE FOR FILING PROFESSIONAL FEE APPLICATIONS

**THIS CAUSE** having come before the Court upon the Trustee's *Ex-Parte* Motion for Order Setting Deadline for Filing Professional Fee Applications ("Motion") (ECF #861) and this Court having carefully considered the Motion, having reviewed the pleadings in this case, and having found good cause for the relief sought, it is

**ORDERED** that said Motion is **GRANTED**.

1.    All professionals in this case shall have fourteen (14) days from the entry of this Order to file their final fee application. Failure to file the final fee application within the prescribed time shall constitute a waiver of all outstanding fees.

###

Submitted by:
Barry E. Mukamal, Trustee

Trustee, Mukamal, is directed to serve this Order on all interested parties and to file a certificate of service.